DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TIMOTHY BRADLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0348

_____

August 23, 2024

Appeal from the County Court for Pasco County; Anne Wansboro, Judge.

Howard L. Dimmig, II, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior publication.